UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 24- 30435 |
| Plaintiff, | Original District No. 24CR00450 |
| v. | FILED OCT 09 2024 CLERK'S OFFICE DETROIT |
| BOBBY SHUMAKE JAPHIA | |
| Defendant. | |

### ORDER TRANSFERRING DEFENDANT TO ANSWER
### TO CHARGES PENDING IN ANOTHER DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **BOBBY SHUMAKE JAPHIA be transferred to the District of Columbia for further proceedings in the case of United States v. BOBBY SHUMAKE JAPHIA w**ho has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the following location at the following date/time**: at the United States District Court for the District of Columbia on** *OCTOBER 17, 2024 @ 2:00 p.m.*

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of

bond jumping or contempt of court.  See 18 U.S.C. Sections 3146, 3148.

HONORABLE David R. Grand
United State Magistrate Judge

Dated: 10/9/24